UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                           Chapter 11
                                                 Case No. 18-23814 (RDD)
CREATIVE LEARNING SYSTEMS LLC,

                              Debtor.
------------------------------------------------------------X

### SUPPLEMENTAL ORDER MODIFYING REJECTION DATE IN APRIL 29, 2019 ORDER [ECF NO. 48]

**UPON** the Order (1) Authorizing Debtor to Obtain Credit from BFT II, LLC, pursuant to Section 364(c)(1) of the Bankruptcy Code, and (2) Rejecting the Franchise Agreement with Goddard Systems, Inc. Pursuant to Section 365 of the Bankruptcy Code ("Rejection Order"), entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on April 29, 2019 [ECF No. 48] in the above-referenced debtor's (the "Debtor") case; and it having been represented to the Bankruptcy Court that upon discussion between the Debtor and Goddard Systems, Inc. ("GSI") following the entry of the Rejection Order, the Debtor requested and GSI agreed to modify the date by which the Debtor rejects the Franchise Agreement[1] from May 10, 2019 to May 7, 2019, subject to approval of the Bankruptcy Court; and good and sufficient cause appearing, it is hereby

**ORDERED** that Rejection Order is modified to provide that the Franchise Rejection Date is the close of business on May 7, 2019 (the "Franchise Rejection Date"); and it is further

**ORDERED** that the Rejection Order shall remain in full in force and effect other than with respect to the Franchise Rejection Date; and it is further

**ORDERED** that this Order is effective immediately upon its entry, and any stay of this

---

[1] Capitalized terms not specifically defined herein shall have the same meaning ascribed to them as set forth in the Rejection Order.

1

Order under the Bankruptcy Rules that is waivable for cause is waived, for cause.


Dated: May 7, 2019
      White Plains, New York

                                        /s/Robert D. Drain
                                        THE HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE