THE LAW OFFICE OF
# RICK S. COWLE, P.C.
18 FAIR STREET
CARMEL, NEW YORK 10512

ADMITTED IN NY, CT
& WASHINGTON D.C.
E-MAIL: rcowlelaw@comcast.net
WEB: rcowlelaw.com

TELEPHONE (845) 225-3026
FACSIMILE (845) 225-3027

July 17, 2019

Clerk, United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:   Creative Learning Systems LLC
         Case No. 18-23814 (RDD)**

Dear Sir or Madam:

Please accept this letter as a formal request to withdraw the Application for Final Professional Compensation filed on behalf of previous bankruptcy counsel, Rick S. Cowle on June 25, 2019, ECF Doc. No. 59.

Thank you for your attention to this matter.

Very truly yours,

LAW OFFICE OF RICK S. COWLE


By:    /s/Rick S. Cowle
       Rick S. Cowle, Esq.